UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-cr-00172-EWN | FTR BNB AM |
| March 5, 2008 | |
| UNITED STATES OF AMERICA<br><br>v. | Judy Smith for<br>Michelle Korver |
| TERESA MOSLEY | Sean McDermott |

## MOTION HEARING

Court in Session: 10:18 am

Court calls case and appearances of counsel.

Katrina Devine is present from pre-trial services.

Defense counsel addresses the court.

Government has no objection to the defendant's change in residence.

Court addresses the defendant.

Court presents findings.

**ORDERED:** Motion [951] is GRANTED. Defendant shall reside at the address provided to pre-trial services.

**ORDERED:** Defendant is continued on bond.

Court in recess: 10:20 am

Total time in court: 2 minutes

Hearing concluded.