**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes        Date: August 21, 2009
Court Reporter: Darlene Martinez
Probation Officer: Jan Woll

---

Criminal Action No. 07-cr-00172-CMA-20

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                       Michelle Korver

    Plaintiff,

v.

20.  TERESA MOSLEY,                                    Sean McDermott

    Defendant.

---

**SENTENCING MINUTES**

---

**8:36 a.m.     Court in session**.

Defendant present; on bond.

Change of Plea Hearing: February 1, 2008.

Defendant plead guilty to Count One of the Superseding Indictment and confessed to Count One Two, the forfeiture allegation.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     Government's Oral Motion for a Three-Point Reduction for Acceptance of Responsibility is **granted**.

**ORDER:**   Government's Motion and Notice of Sentencing Factors **(1400)** is **granted**.

**ORDER:**   Government's Motion Pursuant to 18 U.S.C. §3553(e) and §5K1.1 for Downward Departure Based on Substantial Assistance **(1508)** is **granted**.

**ORDER:**   Government's Motion to Dismiss Counts 31-34, 47, 56, and 59 of the Superseding Indictment and all Counts of the Indictment as to Defendant Teresa Mosley **(1509)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Bond is discharged.

**9:23 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:47